### STATE v. JOSEPHINE P. VOWELL.

(Filed 21 November 1962.)

APPEAL by defendant from *Mallard, J.,* April, 1962 Criminal Term, WAKE Superior Court.

Criminal prosecution upon a warrant issued by the City Court of Raleigh charging the defendant and a female companion with the offenses of false registration at a named hotel in Raleigh on March 14, 1962, and in engaging in prostitution. From a conviction and judgment in the city court, the defendants appealed to the Superior Court of Wake County.

A trial *de novo* in the superior court resulted in a verdict of guilty. From judgments thereon, the defendant Vowell alone appealed.

*T. W. Bruton, Attorney General, James F. Bullock, Asst. Attorney General, for the State.*

*Earle R. Purser, for defendant, appellant.*

PER CURIAM. At the trial in the superior court the State introduced evidence that appellant and her companion checked into the hotel about six o'clock on March 14, 1962. Due to some disturbances in

which they were involved, the police were called, the defendant and her companion were arrested, and warrants issued. The police officer in charge of the investigation testified as to the confession of the appellant. The appellant contends the confession was unsupported and, therefore, not sufficient to convict. However, the record does not bear out the appellant's contention. The evidence corroborating the confession was ample. The confession and the corroborating evidence made out a strong case.